**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael Robert Warren** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TENNESSEE, NORTHEASTERN DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7          12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**
**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

**Part 1:    List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Caliber Home Loans** <br><br> Description of property securing debt: **21 13th Street Bristol, TN 37620 Sullivan County Home and Lot purchased 09/06/2018 for $81,900.00** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ■ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: _____ | ☐ No <br><br> ■ Yes |
| Creditor's name: **CarMax Auto Finance** <br><br> Description of property securing debt: **2018 Mercedes BGL 18,900 miles NADA: $21,350.00** | ■ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: _____ | ■ No <br><br> ☐ Yes |
| Creditor's name: **CarMax Auto Finance** <br><br> Description of property: **2016 Kia Soul 18,500 miles** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ■ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ No <br><br> ■ Yes |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Michael Robert Warren** _____        Case number *(if known)* _____

| | | |
|---|---|---|
| property<br>securing debt: | **NADA: $12,600.00** | ☐ Retain the property and [explain]:<br>_____ |

---

| | | |
|---|---|---|
| Creditor's<br>name: | **Performance Finance** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>    *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ |
| Description of<br>property<br>securing debt: | **2016 Can Am 3 Wheeler<br>(asset repossessed prior to<br>Debtor's bankruptcy filing date;<br>unknown if asset has been<br>disposed of by creditor)** | |

In the "Surrender the property" column: ☐ (filled black).
Right column: ■ No    ☐ Yes

**Part 2:   List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |

**Part 3:   Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X   **/s/ Michael Robert Warren** _____        X _____
    **Michael Robert Warren**                                Signature of Debtor 2
    Signature of Debtor 1

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor 1    **Michael Robert Warren** _____    Case number (*if known*) _____

Date    **June 25, 2020** _____    Date _____

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

## United States Bankruptcy Court
### Eastern District of Tennessee, Northeastern Division

In re **Michael Robert Warren** _____   Case No. _____
                                    Debtor(s)        Chapter   **7** _____

## CERTIFICATE OF SERVICE

I hereby certify that on __June 25, 2020__, a copy of Debtor's Statement of Intention was served electronically to the
U.S. Trustee and Chapter 7 Trustee and by United States mail, first class, postage prepaid to the following:

**Caliber Home Loans**
**Attn: Cash Operations**
**PO Box 24330**
**Oklahoma City, OK 73124**

**Caliber Home Loans, Inc.**
**c/o C T Corporation System**
**300 Montvue Road**
**Knoxville, TN 37919-5546**

**CarMax Auto Finance**
**Attn: Bankruptcy**
**PO Box 440609**
**Kennesaw, GA 30160**

**Carmax Auto Superstores, Inc.**
**c/o Corporation Service Company**
**2908 Poston Ave**
**Nashville, TN 37203-1312**

**Evergreen Bank Group**
**1515 West 22nd Street, Suite 100W**
**Oak Brook, IL 60523**

**Performance Finance**
**10509 Professional Circle, Suite 202**
**Reno, NV 89521**

**Performanec Finance**
**PO Box 5108**
**Oak Brook, IL 60523-5108**

/s/ Jeremy D. Jones BPR#032527 _____
**Jeremy D. Jones BPR#032527**
**Dean Greer & Associates**
**2809 East Center Street**
**P. O. Box 3708**
**Kingsport, TN 37664**
**423-246-1988**
**bankruptcy@deangreer.com**